IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.: 14m-029E |
| ) | |
| LATRINA Y. THOMPSON ) | Violation: 18 U.S.C. §§ 7(3), 13 |
| ) | (47 OSA § 11-902(A)(1)) |
| Defendant ) | |

**INFORMATION**

N.6.

The United States Attorney charges:

**Count 1**

On or about December 22, 2013 in the Western District of Oklahoma at Fort Sill Military Reservation,

------------------ LATRINA Y. THOMPSON --------------------

the defendant, was operating a silver 2000 Ford Mustang motor vehicle while under the influence of alcohol, as evidenced by a properly administered standard field sobriety test.

All in violation of Title 47, Section 11-902(A)(1) of the Oklahoma Statutes, and Title 18, United States Code, Sections 7(3) and 13.

SANFORD C. COATS
United States Attorney

DANIEL B. MITCHELL
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Criminal Law Division
Fort Sill, Oklahoma 73503
Tel.: (580) 442-1664