UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,                    )
                                             )
                    Petitioner,              )
                                             )
v.                                           )        Case No.: 14m-29E
                                             )
_Fabrina Thompson_                           )
                                             )
                    Defendant.               )

## ORDER

      In accordance with the Western District of Oklahoma Plan for Implementing the Criminal Justice Act of 1984. The above-named completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds as indicated below.

      IT IS HEREBY ORDERED that the:

✓      Court appoints an attorney from the court's panel of private attorneys established pursuant to the Criminal Justice Act for the Western District of Oklahoma to represent the above-named defendant in all further proceedings unless and until relieved by order of the court.

      The Court finds that the defendant has the financial ability to make regular periodic payments to reimburse the government for the reasonable cost of providing representation for the defendant.   The Court hereby ORDERS that the defendant pay to the Clerk of the Magistrate Court, 410 S.W. 5th St., Lawton, OK 73501-4675, _____ per month, on or before the 15th day of each month, continuing until the government has been fully reimbursed for all reasonable costs of providing representation to the defendant or until further Order of the Court.

      The Court appoints an attorney from the Federal Public Defender Organization in the _____.

      The court specifically finds that the Defendant has the financial ability to employ counsel and therefore denies the defendant's application for court appointed counsel.

Dated this the 2nd day of _January_, 2014.


_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

E Taylor