# CRIMINAL
## COURTROOM MINUTE SHEET
## UNITED STATES MAGISTRATE JUDGE

Date 1/22/2014

CASE NO: 14M-29E     U.S.A. vs. Katrina Thompson

PROCEEDINGS: ✓ INITIAL APPEARANCE ___ ARRAIGNMENT ___ PLEA/CHANGE OF PLEA ___ SENTENCING
___ OTHER

**MAGISTRATE JUDGE SHON T. ERWIN**     ✓ MCR or ___ MS

COUNSEL FOR:    Plaintiff   DAN MITCHELL
                 Defendant   Emmett Taylor

**Minute:**   Enter as above

✓ Defendant appears in person.    ✓ Is Fully apprised.     ___ Waives counsel
___ Consents to be tried by U.S. Magistrate ___ Misd. ___ Petty Offense    ___ Retain counsel
                                                                                              ✓ Request counsel be appointed
                                                                           ✓ Approved ___ Denied

A oral mtn for discovery

## CHARGES AND FINES:

Count 1 Class A : DUI      Charge amended to Class ___ : ___
Count ___ Class ___ : ___      Charge amended to Class ___ : ___
Count ___ Class ___ : ___      Charge amended to Class ___ : ___
Count ___ Class ___ : ___      Charge amended to Class ___ : ___
Count ___ Class ___ : ___      Charge amended to Class ___ : ___
Count ___ Class ___ : ___      Charge amended to Class ___ : ___
Count ___ Class ___ : ___      Charge amended to Class ___ : ___

**PLEA**   Not Guilty

Referred to Probation Office: *Pre-Sent.* _____ TSR _____ Prob _____

Substance Abuse Aftercare at discretion of P.O. _____
Drug testing as per 1994 Crime Bill _____

Jail: _____ Defendant to report to US Marshal on _____ at _____ am/pm

2-12-14
11:15 AM
DC

**Total Due:** _____
**To be paid as Follows:**
In Full on _____
$ _____ Monthly beginning _____
Other _____