# CRIMINAL
## COURTROOM MINUTE SHEET
### UNITED STATES MAGISTRATE JUDGE

Date: 2/12/2014

CASE NO: 14M-29E          U.S.A. vs. Jashuna Thompson

PROCEEDINGS: ___ INITIAL APPEARANCE  ___ ARRAIGNMENT  ✓ PLEA/CHANGE OF PLEA  ✓ SENTENCING
___ OTHER

MAGISTRATE JUDGE SHON T. ERWIN                    ✓ MCR or ___ MS

COUNSEL FOR:     Plaintiff  TARIK DAWNIE
                 Defendant  Emmet Taylor

**Minute:** Enter as above

✓ Defendant appears in person.    ✓ Is Fully apprised.          ___ Waives counsel
✓ Consents to be tried by U.S. Magistrate  ✓ Misd.  ___ Petty Offense    ___ Retain counsel
                                                                ✓ Request counsel be appointed
                                                                ✓ Approved ___ Denied

## CHARGES AND FINES:

Count 1 Class A  DUI: 600.00    Charge amended to Class ___ : ___
Count ___ Class ___ : ___        Charge amended to Class ___ : ___
Count ___ Class ___ : ___        Charge amended to Class ___ : ___
Count ___ Class ___ : ___        Charge amended to Class ___ : ___
Count ___ Class ___ : ___        Charge amended to Class ___ : ___
Count ___ Class ___ : ___        Charge amended to Class ___ : ___
Count ___ Class ___ : ___        Charge amended to Class ___ : ___

**PLEA**  Nolo

**Referred to Probation Office:** Pre-Sent. ___  TSR ___  Prob. 12mth

**Substance Abuse Aftercare at discretion of P.O.** No
**Drug testing as per 1994 Crime Bill** No

Jail: ___   Defendant to report to US Marshal on ___ at ___ am/pm

**Total Due:** $600.00

**To be paid as Follows:**
In Full on  2-12-14
$ ___ Monthly beginning ___
Other ___